966 So.2d 594 (2007)
STATE ex rel. John HUBBARD
v.
STATE of Louisiana.
No. 2007-KH-0247.
Supreme Court of Louisiana.
November 2, 2007.
In re Hubbard, John;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of West Feliciana, 20th Judicial District Court Div. B, No. W-90-4-460; to the Court of Appeal, First Circuit, No. 2006 KW 2284.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.